ETHEL LONDON, Respondent, v. HERMAN M. HESSBERG, Individually and as Sheriff of Kings County, Defendant, and ARNOLD M. SCHMIDT et al., as Executors of HERMAN M. HESSBERG, Deceased, Appellants.

(Argued January 17, 1934; decided February 27, 1934.)

*Reginald S. Hardy* for appellants.

*Morris Okoshken* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.